A memorandum has been provided to the parties for their use only.

**Charles VERNOR, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 63450.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

Susan K. Eckles, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Charles Vernor, appeals from the denial of his Rule 24.035 motion after an evidentiary hearing. The judgment of conviction sought to be vacated was for burglary in the second degree for which movant was sentenced to imprisonment for seven years as a class X offender.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).

**William WARREN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 63985.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J. and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no clear error and affirm pursuant to Rule 84.16(b)(2).

We further find an extended opinion would have no precedential value. Rule 84.16(b). A memorandum has been provided to the parties for their use only.